

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2025

No. 04-25-00245-CV

Michael **BROWN**,
Appellant

v.

**CORPORATION SERVICE COMPANY** dba CSC-Lawyers
Incorporating Services Company dba Oak Springs Apartments,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI08686
Honorable Cynthia Marie Chapa, Judge Presiding

**ORDER**

Sitting:      Irene Rios, Justice
                Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are assessed against appellant Michael Brown.

It is so **ORDERED** on July 16, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2025.

Caitlin A. McCamish, Clerk of Court